United States District Court
Southern District of Texas
FILED

MAR 16 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LOIS JEAN CAGE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-093 |
| | § | |
| MADELINE E. BONNER, | § | |
| THE ESTATE OF SAMUEL BONNER | § | |
| AND REYNOLDS METALS COMPANY | § | |

## DEFENDANT REYNOLDS METALS COMPANY'S CERTIFICATE OF INTERESTED PARTIES

Defendant Reynolds Metals Company, pursuant to the Court's Order for Conference and Disclosure of Interested Parties, files this certificate of interested parties.

The following entities have a financial interest in the outcome of this litigation:

1. Louis Jean Cage, Plaintiff.

2. Reynolds Metals Company, Defendant.

3. Madeline E. Bonner, Defendant.

4. The Estate of Samuel Floyd Bonner, Defendant.

5. The shareholders of Reynolds Metals Company (Reynolds Metals Company is a publically traded corporation and, as a result, has numerous shareholders).

6. Reynolds Metals Company, as plan sponsor.

7. Reynolds Metals Company Pension Plan for Hourly Employees (Plan 013) and the Plan's Trustee, Chase Manhattan Bank.

8. Katharine Henkel, attorney-in-charge for Plaintiff.

4.

Respectfully submitted,

Of Counsel:
Bracewell & Patterson, L.L.P.

Robert S. Nichols
Attorney-in-Charge
Southern District of Texas Bar No. 17118
State Bar No. 15006400
2000 One Shoreline Plaza-South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700
Telephone: (361) 882-6644
Telecopier: (361) 882-6659

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant Reynolds Metals Company's Certificate of Interested Parties was forwarded to counsel for Plaintiff as shown below, via certified mail, return receipt requested, on this 16th day of March, 2000.

Katharine Henkel
Attorney at Law
1750 Santa Fe
Corpus Christi, Texas 78404

Certified Mail, Return Receipt
Requested #Z 227 979 371

Robert S. Nichols

LUMPG\9C2525\000118
CORPUS CHRISTI\510910.1
3/16/00–1:58 PM

2