IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 30 2000

Michael N. Milby, Clerk

**LOIS JEAN CAGE**

VS.                                              CIVIL ACTION NO. C-00-093

**MADELINE E. BONNER
THE ESTATE OF SAMUEL BONNER
AND REYNOLDS METALS COMPANY**

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Lois Jean Cage, pursuant to the Court's Order For Conference And Disclosure Of Interested Parties, files this certificate of interested parties.

The following entities have a financial interest in the outcome of this litigation:

1. Lois Jean Cage, Plaintiff;

2. Madeline E. Bonner, Defendant;

3. The Estate of Samuel Floyd Bonner, Defendant;

4. Reynolds Metals Company, Defendant;

5. The shareholders of Reynolds Metals Company;

6. Reynolds Metals Company as plan sponsor;

7. Reynolds Metals Company Pension Plan for Hourly Employees and the Plan's Trustee, Chase Manhattan Bank;

8. Robert S. Nichols, attorney for Reynolds Metals Company;

9. Katharine Henkel, attorney for Plaintiff, Lois Jean Cage.

                                                  Respectfully submitted,

*Katharine Henkel* (signature)

Katharine Henkel
Attorney At Law
Federal No. 15202
1750 Santa Fe
Corpus Christi, Texas 78404
(361) 884-9200
(361) 883-7280 (fax)

## CERTIFICATE OF SERVICE

I, Katharine Henkel, hereby certify that a true and correct copy of the foregoing has been served as required by the Federal Rules of Civil Procedure on this the 2$^{8th}$ day of March, 2000, and as follows:

Via U.S. Mail:

Mr. Robert S. Nichols
Bracewell & Patterson
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700

Ms. Madeline Bonner
2210 Siboney
Beeville, Texas 78102

*Katharine Henkel*
Katharine Henkel