APR 7 2000

4-4-00

NO. 00-00509-00-0-E
The State of Texas

United States District Court
Southern District of Texas
FILED

APR - 7 2000

MICHAEL N. MILBY CLERK

Civil Action No. C-00-93

To the honorable Hayden W. Head Jr.

My name is Madelene Bonner, I'm in a law suit. I cannot afford a lawyer. These people want me to answer things I have no answer to. I do not know how to begin to defend myself. Would you please look over my file and grant me dismissal from this case.

Sincerely
Madelene Bonner
2210 Siboney St.
Beeville, TX. 78102
(361) 358-5073