# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

### RESETTING

LOIS JEAN CAGE

V.                                                    CASE NUMBER:    CA-C-00-93

MADELINE E. BONNER, ET AL

### NOTICE TO APPEAR

United States District Court
Southern District of Texas
FILED

APR 2 4 2000

Michael N. Milby
Clerk of Court

TO:    Katharine Elizabeth Henkel
        Madeline E. Bonner (reg. mail and cmrr.)
        Robert Scott Nichols

**YOU ARE ORDERED TO APPEAR** Tuesday, May 30, 2000 at 1:15 p.m., before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas 78401

### TO ATTEND THE FOLLOWING PROCEEDING:

| | |
|---|---|
| **X** Scheduling Conference<br>Continued from April 19, 2000. | ___ Motion Hearing: |
| ___ Jury Selection and Trial | ___ Show Cause Hearing |
| ___ Sentencing | ___ Status Conference |
| ___ Revocation Hearing | ___ Other: |

*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy:    Judith F. Alvarez                       Date: April 24, 2000