CV/~~CR~~ ACTION NO.: C-00-93

CAGE )  COUNSEL: KATHARINE E. HENKEL

VS.

MADELINE E. BONNER, ET AL )  COUNSEL: MADELINE E. BONNER,
            )         ~~ROBERT NICHOLS~~ JUDY JETELINA

==================================================================

JUDGE PRESIDING: HAYDEN W. HEAD, JR.

United States District Court
Southern District of Texas
FILED
MAY 30 2000

COURTROOM CLERK: Judith F. Alvarez   COURT RECORDER: ~~Michael~~ ~~Glenn Regan~~
LAW CLERK: Dave Barranco    INTERPRETER: _____
U.~~S. MARSHAL~~/CSO: T. Ru   U.S.P.O.: _____
DATE: May 30, 2000   OPEN: 2:02 pm   ADJOURN: 2:40 pm
TAPE: 3/~~771~~ 2214

==================================================================

Case called for Scheduling Conference. Appearances made. Def Atty explains that this is a dispute over estate pension benefits between widow & ex-wife. Pltf Atty says that Mrs. Bonner receives $426.05 a month in benefits. The Court denies Deft's Motion for Summary Judgment.

Discussion of fact that Mrs. Bonner has no representation in this lawsuit. Mrs. Bonner is named survivor of her husband. Discussion of Bonner's letter of motion to dismiss. The Court advises Mrs. Bonner that he cannot appoint an attorney for her. Mrs. Bonner does not believe that she is a part of this dispute. She thinks that the dispute is between Cage & Reynolds. Pltf Atty says that she would like to have an equitable division of benefits between two women. Pltf Atty says she would like to send interrogatories to Mrs. Bonner. The Court ~~said~~ orders that Mrs. Bonner answer interrogatories. Interrogatories will be sent & answered within 10 days. Reynolds does not need discovery. Motions for Summary Judgment are to be filed

10.

PAGE: 2   CA/CR NO.: C00-93

Cage vs Bonner, et al

PROCEEDING: IPTC

DATE: 5-30-00

in 30 days. ~~Cross~~ An Answers are to be filed in 10 days. The Court orders attorneys file stipulated facts. Adjourned. 2:40 pm.

ClibPDF - www.fastio.com