United States District Court
Southern District of Texas
ENTERED

JUN - 1 2000

Michael N. Milby, Clerk of Court

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LOIS JEAN CAGE | § | |
| | § | |
| V. | § | CA. NO. C-00-093 |
| | § | |
| MADELINE E. BONNER, | § | |
| THE ESTATE OF SAMUEL BONNER, | § | |
| AND REYNOLDS METALS COMPANY | § | |

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S MOTION TO DISMISS

The Court enters the following orders:

(1)  The Court denies Defendant Reynolds Metal Co.'s motion for summary judgment without prejudice;

(2)  The Court denies Madeline Bonner's motion to dismiss;

(3)  Plaintiff will serve interrogatories on Madeline Bonner within 10 days and Ms. Bonner will answer the interrogatories in writing no later than 10 days thereafter; and

(4)  The parties will file cross motions for summary judgment no later than 30 days from this order and respond within 10 days to the motions for summary judgment.

ORDERED this 30 day of May _____, 2000.

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE