IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 17 2000

MICHAEL N. MILBY, CLERK

**LOIS JEAN CAGE**

VS.                                CIVIL ACTION NO. C-00-093

**MADELINE E. BONNER**
**THE ESTATE OF SAMUEL E. BONNER**
**AND REYNOLDS METALS COMPANY**

### PLAINTIFF'S MOTION TO NONSUIT ALL DEFENDANTS

COMES NOW, Lois Jean Cage, Petitioner and files this her Motion To Nonsuit and would respectfully show the Court as follows:

**I.**

Plaintiff respectfully requests that this Court nonsuit all parties to this suit without prejudice to refile.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Lois Jean Cage prays that this Court nonsuit this case without prejudice to refile.

Respectfully submitted,

*/s/ Katharine Henkel*

Katharine Henkel
Attorney At Law
Fed. No. 15202
State Bar No. 09463490
1750 Santa Fe
Corpus Christi, Texas 78404
(361) 884-9200
(361) 884-9222 (fax)

## CERTIFICATE OF SERVICE

I, Katharine Henkel, hereby certify that a true and correct copy of the foregoing has been served as required by the Federal Rules of Civil Procedure on this the 14th day of July, 2000, and as follows:

Via U.S. Mail:

Mr. Robert Nichols
Bracewell & Patterson
2000 One Shoreline Plaza, South Tower
Corpus Christi, Texas 78401-3700

Ms. Madeline Bonner
2210 Siboney St.
Beeville, Texas 78102

_Katharine Henkel_
Katharine Henkel

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**LOIS JEAN CAGE**

VS.                                                                             CIVIL ACTION NO. C-00-093

**MADELINE E. BONNER**
**THE ESTATE OF SAMUEL E. BONNER**
**AND REYNOLDS METALS COMPANY**

## ORDER OF NONSUIT

On this the _____ day of _____ 2000, came on to be heard Plaintiff's Motion To Nonsuit and the Court having considered the Motion To Nonsuit determines that said Motion should in all things be GRANTED. It is therefore,

ORDERED, ADJUDGED AND DECREED that the above styled and numbered cause is nonsuited without prejudice to refile.

SIGNED AND ENTERED on this the _____ day of _____ 2000.

_____
JUDGE PRESIDING