IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG 15 2000

Michael N. Milby, Clerk

**LOIS JEAN CAGE**

VS.                                                           CIVIL ACTION NO. C-00-093

**MADELINE E. BONNER**
**THE ESTATE OF SAMUEL E. BONNER**
**AND REYNOLDS METALS COMPANY**

### PLAINTIFF'S MOTION TO DISMISS ALL DEFENDANTS

COMES NOW, Lois Jean Cage, Petitioner and files this her Motion To Dismiss and would respectfully show the Court as follows:

### I.

Plaintiff respectfully requests that this Court dismiss all parties to this suit without prejudice to refile.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Lois Jean Cage prays that this Court dismiss this case without prejudice to refile.

Respectfully submitted,

*/s/ Katharine Henkel/*

Katharine Henkel
Attorney At Law
Fed. No. 15202
State Bar No. 09463490
1750 Santa Fe
Corpus Christi, Texas 78404
(361) 884-9200
(361) 884-9222 (fax)

15

## CERTIFICATE OF CONFERENCE

I, Katharine Henkel, certify that I have spoken to the parties herein and they did not object to the aforementioned dismissal. Further there are no pleadings by Defendants requesting court costs or attorney's fees.

*Katharine Henkel*
Katharine Henkel

## CERTIFICATE OF SERVICE

I, Katharine Henkel, hereby certify that a true and correct copy of the foregoing has been served as required by the Federal Rules of Civil Procedure on this the 15th day of August, 2000, and as follows:

Via U.S. Mail:

Mr. Robert Nichols
Bracewell & Patterson
2000 One Shoreline Plaza, South Tower
Corpus Christi, Texas 78401-3700

Ms. Madeline Bonner
2210 Siboney St.
Beeville, Texas 78102

Katharine Henkel

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**LOIS JEAN CAGE**

**VS.**                                                   **CIVIL ACTION NO. C-00-093**

**MADELINE E. BONNER**
**THE ESTATE OF SAMUEL E. BONNER**
**AND REYNOLDS METALS COMPANY**

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared Lois Jean Cage, and stated on oath as follows:

"My name is Lois Jean Cage. I am of sound mind, competent, mentally capable, and over eighteen years of age. I have personal knowledge of the facts stated and for the reasons stated herein and such facts are all true and correct.

I am the Plaintiff in the above styled and numbered cause. I have discussed the facts of this case and the applicable law with my attorney, and I ask the Court to dismiss this lawsuit against all parties.

Further affiant sayeth not."

_____
LOIS JEAN CAGE

SWORN TO AND SUBSCRIBED before me on the 15th day of August, 2000/

_____
Notary Public, State of Texas

PHIL WESTERGREN
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-12-2003

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

LOIS JEAN CAGE

VS.                                         CIVIL ACTION NO. C-00-093

MADELINE E. BONNER
THE ESTATE OF SAMUEL E. BONNER
AND REYNOLDS METALS COMPANY

### ORDER OF DISMISSAL

On this the _____ day of _____ 2000, came on to be heard Plaintiff's Motion To Dismiss and the Court having considered the Motion To Dismiss determines that said Motion should in all things be GRANTED. It is therefore,

ORDERED, ADJUDGED AND DECREED that the above styled and numbered cause is nonsuited without prejudice to refile.

SIGNED AND ENTERED on this the _____ day of _____ 2000.

_____
JUDGE PRESIDING