**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

United States District Court
Southern District of Texas
ENTERED

SEP - 6 2000

16.  Michael N. Milby, Clerk of Court

**LOIS JEAN CAGE**

**VS.**                                      **CIVIL ACTION NO. C-00-093**

**MADELINE E. BONNER**
**THE ESTATE OF SAMUEL E. BONNER**
**AND REYNOLDS METALS COMPANY**

## ORDER OF DISMISSAL

On this the ___ day of _____ 2000, came on to be heard

Plaintiff's Motion To Dismiss and the Court having considered the Motion To

Dismiss determines that said Motion should in all things be GRANTED.  It is

therefore,

ORDERED, ADJUDGED AND DECREED that the above styled and

numbered cause is nonsuited without prejudice to refile.

SIGNED AND ENTERED on this the ___ day of _____ 2000.

_____
JUDGE PRESIDING